UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ACE V WHITENER, <br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>GAVAZOS FOIA, *et. al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:25-CV-00352-MMD-CLB<br><br>**ORDER TO EITHER PAY FILING FEE OR FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

**I.    DISCUSSION**

On July 14, 2025, Plaintiff Ace V. Whitener ("Whitener"), an inmate in the custody of the Nevada Department of Corrections, submitted a civil rights complaint with the Court. (ECF No. 1-1.) Whitener has neither paid the full $405 filing fee for this matter nor did he file a proper and complete application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $405 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e., pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **<u>Financial Certificate</u>** properly signed by both the inmate **and** a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **<u>inmate's prison or jail trust fund account statement for the previous six-month period</u>**.

Because Whitener's application to proceed *in forma pauperis* is incomplete, it is denied, with leave to refile. The Court will grant Whitener a **<u>one-time</u>** opportunity to file a

fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $405 filing fee for this action on or before         . Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

If Whitener is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $405 filing fee on or before **Monday, September 8, 2025**, this case will be subject to dismissal <u>without prejudice</u> for Whitener to file a new case with the Court when Whitener is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $405 filing fee.

A dismissal <u>without prejudice</u> means Whitener does not give up the right to refile the case with the Court, under a new case number, when Whitener has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Whitener may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **Monday, September 8, 2025** to proceed with this case.

**II.    CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Whitener's incomplete application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED with leave to refile**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Whitener the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Monday, September 8, 2025**, Whitener will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e., pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e., page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

**IT IS FURTHER ORDERED** that, if Whitener does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $405 filing fee for a civil action on or before **Monday, September 8, 2025**, this case will be subject to dismissal <u>without prejudice</u> for Whitener to refile the case with the Court, under a new case number, when Whitener has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $405 filing fee.

**IT IS SO ORDERED.**

**DATED**: July 25, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**